UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

PC, LLC

                Plaintiff,

v.

Case No.: 1:22−cv−05655

Honorable Mary M. Rowland

The Partnerships and Unincorporated Associations identified in Schedule A

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 10, 2022:

    MINUTE entry before the Honorable Mary M. Rowland: Plaintiff's motion to extend temporary restraining order [13] is granted. TRO is extended to 11/28/22. Telephonic status hearing set for 11/18/22 is stricken and reset to 11/28/22 at 9:30am. Parties to call 866−434−5269; access code 3751971. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.