IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

| | |
|---|---|
| PC, LLC<br><br>          Plaintiff,<br><br>    v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>          Defendants. | No. 22-cv-5655<br><br>Judge Mary M. Rowland<br>Magistrate Judge Jeffrey Cole |

**PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION, CONTINUED ASSET RESTRAINT, AND EXPEDITED DISCOVERY**

Plaintiff PC, LLC, ("Plaintiff") seeks entry of a Preliminary Injunction against Defendants listed in Exhibit 1 who have been successfully served by November 21, 2022[1], enjoining the manufacture, importation, distribution, offering for sale, and sale of infringing and counterfeit products, a temporary asset restraint, and expedited discovery in an action arising out of 15 U.S.C. § 1114, 15 U.S.C. § 1125(a), 17 U.S.C. § 501(a), 35 U.S.C. § 271, and Illinois law. A Brief of Law in Support is filed concurrently.

Dated: November 22, 2022

Respectfully submitted,

/s/ James E. Judge
Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Flener IP Law, LLC
77 W. Washington St., Suite 800
Chicago IL 60602
(312) 724-8874
jjudge@fleneriplaw.com

---

[1] Plaintiff had not been able to serve defendants associated with Alibaba, AliExpress, and Alipay because contact information for those defendants had not been provided by those entities pursuant to Plaintiff's Subpoena issued when TRO was entered. Plaintiff will file a separate motion for a preliminary injunction against the missing defendants when they have been successfully served.