**Exhibit 1**

| DOE No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 220 | PURULEMCN | A10C4HPQ4BAH5E | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A10C4HPQ4BAH5E |
| 221 | dingshencom | A115R5AJKOOTJH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A115R5AJKOOTJH |
| 222 | gL125 | A12PYACIAAI9V7 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A12PYACIAAI9V7 |
| 223 | soarflight | A12XTCPGXNW7G4 | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A12XTCPGXNW7G4 |
| 224 | Coyan | A13QC69CXV99OW | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A13QC69CXV99OW |
| 225 | Quarter Rainbow | A14V1M5L7D6BEY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A14V1M5L7D6BEY |
| 226 | GuangzhouChengdeDianziShangwuYouxianGongsi | A1713UF91JZA0G | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1713UF91JZA0G |
| 227 | rafeat | A1729I95P502HM | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1729I95P502HM |
| 228 | LDLDLIA | A1884RB9MLCMP6 | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A1884RB9MLCMP6 |
| 229 | ZZW0 | A1BIGA1SED9R3K | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1BIGA1SED9R3K |
| 230 | CargonTi | A1C18UFW4MXZJ | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A1C18UFW4MXZJ |
| 231 | Matbd | A1C7CBMKJLS84 | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A1C7CBMKJLS84 |
| 232 | TUYUU | A1CI71TZIKZR5C | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1CI71TZIKZR5C |
| 233 | kangls | A1DID73J2ET467 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1DID73J2ET467 |

| 234 | Youheje-US | A1DZHYDG86E6SC | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A1DZHYDG86E6SC |
| --- | --- | --- | --- |
| 235 | AVND | A1H1CQ6V4YCGSP | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A1H1CQ6V4YCGSP |
| 236 | Yunir-US | A1I0M5B37LZH6O | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1I0M5B37LZH6O |
| 237 | Vijayli us | A1JRUV5LNLJLG1 | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A1JRUV5LNLJLG1 |
| 238 | calfstock | A1K9KSQ92WMZLU | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1K9KSQ92WMZLU, https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A1K9KSQ92WMZLU |
| 239 | Tao-shop | A1KBORA7NLO9I | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1KBORA7NLO9I |
| 240 | Strnek1 | A1KNALP21EJNDC | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A1KNALP21EJNDC |
| 241 | waterfail | A1L49KF643H8C7 | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A1L49KF643H8C7 |
| 242 | Cambow Party Supplies | A1LS88M4EDUVI5 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1LS88M4EDUVI5 |
| 243 | liulinxianjiangpengwujindian | A1LZV21U1XASEI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1LZV21U1XASEI |
| 244 | Glum | A1ML858C8WDX64 | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A1ML858C8WDX64 |
| 245 | laiweiNA | A1P8ANMQB70Q6X | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1P8ANMQB70Q6X |
| 246 | amusingholiday | A1POFREXQUPXJI | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A1POFREXQUPXJI |
| 247 | Dancrt | A1QTBP8GSPY5FB | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1QTBP8GSPY5FB |

| | | | |
|---|---|---|---|
| 248 | Luckybabys | A1QUXST9I01QT9 | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A1QUXST9I01QT9 |
| 249 | SpacSene | A1QVO650I227EY | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A1QVO650I227EY |
| 250 | xunyangchengguanzhenmuyouweibaihuoduan | A1QYVN3FM1VK75 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1QYVN3FM1VK75 |
| 251 | LOPRGJO-US | A1RXXB9HOC6W7Z | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A1RXXB9HOC6W7Z |
| 252 | crytalin | A1SDMBYV68K9A8 | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A1SDMBYV68K9A8 |
| 253 | Yangshine | A1SXARB5JH11DW | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1SXARB5JH11DW |
| 254 | fadeless | A1UBCI9QQ7506Q | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A1UBCI9QQ7506Q |
| 255 | Swalle | A1UGS5C3JO18BJ | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A1UGS5C3JO18BJ |
| 256 | Sogorge | A1VF5JU2BESQC2 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1VF5JU2BESQC2 |
| 257 | Huidey-US | A1W5DIX3M53U4M | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A1W5DIX3M53U4M |
| 258 | VAWcornic Direct | A1WF3MU9U4G0JO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1WF3MU9U4G0JO |
| 259 | skyning | A1WOY12EYUFL8G | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A1WOY12EYUFL8G |
| 260 | nicything | A1YKIV2S1PHKJO | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A1YKIV2S1PHKJO |
| 261 | ItaNest | A1YX2Z3LLHK2Z9 | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A1YX2Z3LLHK2Z9 |
| 262 | chen1230 | A212QSREE3HR85 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A212QSREE3HR85 |

| | | | |
|---|---|---|---|
| 263 | Ginyia U | A21NYVKG3CV7EF | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A21NYVKG3CV7EF |
| 264 | Changre | A22R1SGEB75LR1 | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A22R1SGEB75LR1 |
| 265 | WEKNOWU-US | A238U2XXEMEEAH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A238U2XXEMEEAH |
| 266 | Goldzun | A23Q36MXIQY92H | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A23Q36MXIQY92H |
| 267 | graviter | A26Q0L5GTW6476 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A26Q0L5GTW6476 |
| 268 | xingxuanyuanbaihuo | A270POMUE7TG03 | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A270POMUE7TG03 |
| 269 | Uoonio | A27KBT5LQQNSUE | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A27KBT5LQQNSUE |
| 270 | southface | A2EMVCE9JZAT7S | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A2EMVCE9JZAT7S |
| 271 | Maxten | A2FOKFAD0IR5N4 | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A2FOKFAD0IR5N4 |
| 272 | Roberren | A2G00W6R7UFZ3 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2G00W6R7UFZ3 |
| 273 | Summeishop | A2H2DY1IZ6DXLK | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A2H2DY1IZ6DXLK |
| 274 | Chtukeimo-US | A2H7RRX2ZIWQAF | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A2H7RRX2ZIWQAF |
| 275 | YKYD-4PARTYFUN | A2HC33G3UT2A3X | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2HC33G3UT2A3X |
| 276 | renxue | A2HDIDX3RDXK9K | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2HDIDX3RDXK9K |
| 277 | Mingqinus | A2HGYU3E7U4XZS | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A2HGYU3E7U4XZS |

| 278 | shangcaixianbikashangmaoyouxiangongsi | A2HXG1USG86WG | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2HXG1USG86WG |
|---|---|---|---|
| 279 | changanjiuyu | A2I5P1TJNZYTND | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2I5P1TJNZYTND |
| 280 | Runningsnail | A2J78QA9ZRRGSB | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2J78QA9ZRRGSB |
| 281 | Functionaloc | A2JQ89A4FVT387 | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A2JQ89A4FVT387 |
| 282 | Seathkoa-US | A2JW2IV8B7P6G1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2JW2IV8B7P6G1 |
| 283 | tathe64-US | A2K3ZBNQ0TCBST | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A2K3ZBNQ0TCBST |
| 284 | Rundaotong-US | A2L4RLXP2VMKWL | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A2L4RLXP2VMKWL |
| 285 | tianyeNA | A2MV6YXYF4ZD1I | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2MV6YXYF4ZD1I |
| 286 | ZWXBH | A2NK1FRLL89SHF | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2NK1FRLL89SHF |
| 287 | Sharous | A2NVH35YA0IJSZ | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A2NVH35YA0IJSZ |
| 288 | spriabt | A2PD84E6Y3T959 | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A2PD84E6Y3T959 |
| 289 | Foiaog-US | A2QSFNKBDAF65E | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2QSFNKBDAF65E |
| 290 | huhushop | A2S19KAYIQOOLR | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A2S19KAYIQOOLR |
| 291 | ErLongDZS | A2SD42JE0TMAGO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2SD42JE0TMAGO |
| 292 | Cedesa | A2SFZ0QS4C5P76 | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A2SFZ0QS4C5P76 |

| 293 | Faceen | A2SW1WDXI6S1VA | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A2SW1WDXI6S1VA |
| --- | --- | --- | --- |
| 294 | Neufday | A2UCI716XSG1WH | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A2UCI716XSG1WH |
| 295 | Shine Wind | A2VY24SGX0R4WJ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2VY24SGX0R4WJ |
| 296 | Vipxyy | A30FF1YSS5LSJQ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A30FF1YSS5LSJQ |
| 297 | freedomli | A32PK3ASVRLJLL | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A32PK3ASVRLJLL |
| 298 | ANKS8030-US | A32VXCF2N1LAXE | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A32VXCF2N1LAXE |
| 299 | VIOKKO Life | A337PCI94UJGL0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A337PCI94UJGL0 |
| 300 | Cenminyuao-US | A33Q8YWB56KOSQ | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A33Q8YWB56KOSQ |
| 301 | 723GAS29-US | A34WABJRE2TVFQ | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A34WABJRE2TVFQ |
| 302 | SUNSIOM CLOTHING CO. | A35SZLRAZHHRJE | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A35SZLRAZHHRJE |
| 303 | juman1 | A364NAPNKREF01 | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A364NAPNKREF01 |
| 304 | Exgurau | A36SBW6YQWAFST | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A36SBW6YQWAFST |
| 305 | lapinks-us | A38GVUFCIQ7H51 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A38GVUFCIQ7H51 |
| 306 | Pulamuse-US | A38KNCTAXE0QRU | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A38KNCTAXE0QRU |
| 307 | KUZANSHANGMAO | A3A5BWMHK6XLUZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3A5BWMHK6XLUZ |

6

| 308 | reakfaston | A3AJAADU60Q245 | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A3AJAADU60Q245 |
| --- | --- | --- | --- |
| 309 | sue shop¬Æ | A3AQ64Z18VBZ7H | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A3AQ64Z18VBZ7H |
| 310 | lovexindong-US | A3B4GWRBDQ2CQ9 | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A3B4GWRBDQ2CQ9 |
| 311 | nusind | A3EOCXXW7J04X6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3EOCXXW7J04X6 |
| 312 | Macaronsparty | A3ESJ9JKO7A9MO | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A3ESJ9JKO7A9MO |
| 313 | LBBSHOP | A3FVDPA1XMXWV9 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3FVDPA1XMXWV9 |
| 314 | sanure | A3FYRQNET3AI4U | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3FYRQNET3AI4U |
| 315 | Pimea | A3H5QHTV7H21LJ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3H5QHTV7H21LJ |
| 316 | guangL14 | A3HA5B2CF7JPSA | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3HA5B2CF7JPSA |
| 317 | Zero grocery store | A3HF1GK136BNXU | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3HF1GK136BNXU |
| 318 | Sevenyou | A3HRIMNPA2S1RR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3HRIMNPA2S1RR |
| 319 | oilmath | A3I9Y6FUWSUXON | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A3I9Y6FUWSUXON |
| 320 | Annadue20 | A3IMD0HXXX2GH0 | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A3IMD0HXXX2GH0 |
| 321 | Pickloud-US | A3LSEPOTIX89P1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3LSEPOTIX89P1 |
| 322 | tuituwor | A3OU8MZANLMBVP | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A3OU8MZANLMBVP |

| 323 | lacrityon | A3Q6T5DNWYG1QY | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A3Q6T5DNWYG1QY |
| --- | --- | --- | --- |
| 324 | Smartey | A3SCONXKUVKZA7 | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A3SCONXKUVKZA7 |
| 325 | YX-AMZ | A3SIGA4HFVTU57 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3SIGA4HFVTU57, https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A3SIGA4HFVTU57 |
| 326 | Warminge | A3UAQQPI8Z2UW4 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3UAQQPI8Z2UW4, https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A3UAQQPI8Z2UW4 |
| 327 | Yirmant | A3VZRFU0CB6OH0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3VZRFU0CB6OH0 |
| 328 | Berisad-US | A3X5UMY35BG6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3X5UMY35BG6 |
| 329 | HNN00 | A3XQ2GTACKAOX | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3XQ2GTACKAOX |
| 330 | SUEHIODHY | A4SMYG7RRXCZ5 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A4SMYG7RRXCZ5 |
| 331 | Protected Equipment | A6I0S83KL8RQ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A6I0S83KL8RQ |
| 332 | Yanmis | A8AMAIIWM2FLU | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A8AMAIIWM2FLU |
| 333 | xczc19 | A8JM9DODQZD0U | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A8JM9DODQZD0U |
| 334 | Senvitate | AB9CQZK2CG46K | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AB9CQZK2CG46K |
| 335 | Xinchuanxing | ABSB9M9TAJEUJ | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=ABSB9M9TAJEUJ |

| 336 | Just do it | AC5R3P97AQU83 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AC5R3P97AQU83 |
|---|---|---|---|
| 337 | ZhaoZX^us | AC88HO2S1OR | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=AC88HO2S1OR |
| 338 | Bitcircuit Direct | ACB8JH877ASC0 | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=ACB8JH877ASC0 |
| 339 | juanzidian | ACT8DF166L88D | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ACT8DF166L88D |
| 340 | Kathxyn | AF7O5LEXKK5RW | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=AF7O5LEXKK5RW |
| 341 | sugarain | AGQ7KCOFP56CE | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AGQ7KCOFP56CE |
| 342 | Clearful | AH4TS9OLG1IGE | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=AH4TS9OLG1IGE |
| 343 | Deryant | AI2D00DQ1IXUH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AI2D00DQ1IXUH |
| 344 | Mcfote | AIMOQ97KT3UCV | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AIMOQ97KT3UCV |
| 345 | ZXLOG | AIV1BUCC1CPK0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AIV1BUCC1CPK0 |
| 346 | Julykai8 | AKDJQKAOZ24AA | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AKDJQKAOZ24AA |
| 347 | Prof amzya | AKGGH00Y1EBTT | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AKGGH00Y1EBTT |
| 348 | BAOQIHAO | ALEL7J4BBXEFZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ALEL7J4BBXEFZ |
| 349 | Mnznuysd | ALF9RE3MGQ504 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ALF9RE3MGQ504 |
| 350 | BEIJUANDEBMDIAN | AMSAV7DZQIXHO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AMSAV7DZQIXHO |

| | | | |
|---|---|---|---|
| 351 | SAPCX | ANZXP4BU1NZLH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ANZXP4BU1NZLH |
| 352 | zhaojunyi | APA5DCDCWRW5I | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=APA5DCDCWRW5I |
| 353 | RN group store | AQ2C2ASKDIDAY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AQ2C2ASKDIDAY |
| 354 | DeirCase. | AQLB3GHJ4GJX7 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AQLB3GHJ4GJX7 |
| 355 | Jocyshop | AQZ7BZ9ZVY9S6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AQZ7BZ9ZVY9S6, https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=AQZ7BZ9ZVY9S6 |
| 356 | GAROOA | ATEC2PH6LFA2F | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=ATEC2PH6LFA2F |
| 357 | Sopeace | AUH2TIAR61XF3 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AUH2TIAR61XF3 |
| 358 | Hotying | AV6LGH4D60QDQ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AV6LGH4D60QDQ |
| 359 | DOFADO | AVAJZ54MRDAG0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AVAJZ54MRDAG0 |
| 360 | CBB-DML | AW0ZV32T1EJ2O | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AW0ZV32T1EJ2O |
| 361 | jialongcell | AXY3XNJWBZN3I | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AXY3XNJWBZN3I |
| 362 | ttguol | AYAJJRNNRLK1A | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AYAJJRNNRLK1A |
| 363 | Vikye-H | AYAQCA6J7ASI3 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AYAQCA6J7ASI3 |
| 364 | Eronde | AYO9MP0KU6QSK | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=AYO9MP0KU6QSK |

| 365 | czsanjing | AYRIS1NTV32MI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AYRIS1NTV32MI |
| --- | --- | --- | --- |
| 366 | BerryChipsVeryCheap | AZ33W5K5DSVPP | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=AZ33W5K5DSVPP |
| 367 | Yaminger-US | AZKS32HNV97B3 | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=AZKS32HNV97B3 |
| 368 | Nicebetter | 20997333 | https://www.dhgate.com/store/20997333 |
| 369 | Doupocq | 21630974 | https://www.dhgate.com/store/21630974 |
| 370 | Mucho | 21635141 | https://www.dhgate.com/store/21635141 |
| 371 | addstore | addstore | https://www.ebay.ca/usr/addstore |
| 372 | anjing.jgarden | anjing.jgarden | https://www.ebay.com/usr/anjing.jgarden |
| 373 | anywaywo1 | anywaywo1 | https://www.ebay.ca/usr/anywaywo1 |
| 374 | autumnyee8 | autumnyee8 | https://www.ebay.ca/usr/autumnyee8 |
| 375 | balalall | balalall | https://www.ebay.nl/usr/balalall |
| 376 | birthdaywo2 | birthdaywo2 | https://www.ebay.ca/usr/birthdaywo2 |
| 377 | cantix | cantix | https://www.ebay.ch/usr/cantix |
| 378 | ceylon-maxmart | ceylon-maxmart | https://www.ebay.ca/usr/ceylon-maxmart |
| 379 | cuckooclubs | cuckooclubs | https://www.ebay.ca/usr/cuckooclubs |
| 380 | dampodik0 | dampodik0 | https://www.ebay.ca/usr/dampodik0 |
| 381 | fansfuny | fansfuny | https://www.ebay.ca/usr/fansfuny |
| 382 | goingoutofbusiness100 | goingoutofbusiness100 | https://www.ebay.co.uk/usr/goingoutofbusiness100 |
| 383 | happyapriloh4 | happyapriloh4 | https://www.ebay.ch/usr/happyapriloh4 |
| 384 | hemanthaexport | hemanthaexport | https://www.ebay.ie/usr/hemanthaexport |
| 385 | jasleny | jasleny | https://www.ebay.fr/usr/jasleny |
| 386 | jk.wonderful | jk.wonderful | https://www.ebay.com/usr/jk.wonderful |
| 387 | luxy_boutique | luxy_boutique | https://www.ebay.com/usr/luxy_boutique |
| 388 | mallikakanpiyuma_0 | mallikakanpiyuma_0 | https://www.ebay.ca/usr/mallikakanpiyuma_0 |
| 389 | pavtharu-0 | pavtharu-0 | https://www.ebay.com/usr/pavtharu-0 |
| 390 | reachery1 | reachery1 | https://www.ebay.ca/usr/reachery1 |
| 391 | sixplusix66 | sixplusix66 | https://www.ebay.co.uk/usr/sixplusix66 |
| 393 | sorfhard | sorfhard | https://www.ebay.com/usr/sorfhard |
| 394 | sunshinre | sunshinre | https://www.ebay.ca/usr/sunshinre |
| 395 | teafans | teafans | https://www.ebay.ca/usr/teafans |

| 396 | vstar1986 | vstar1986 | https://www.ebay.ca/usr/vstar1986 |
|---|---|---|---|
| 397 | yepst-1 | yepst-1 | https://www.ebay.ca/usr/yepst-1 |
| 398 | yuxi522 | yuxi522 | https://www.ebay.ca/usr/yuxi522 |
| 400 | bolingok44 | 1507861293965235716-215-3-709-1540444369 | https://www.joom.com/en/stores/150786129 3965235716-215-3-709-1540444369 |
| 401 | goodbagen | goodbagen.com | https://goodbagen.com |
| 402 | homezore | homezore.com | https://homezore.com |
| 403 | Qingtian Yingying Electronic Commerce Co., Ltd. | 101043394 | https://www.walmart.com/reviews/seller/1 01043394 |
| 404 | Shenzhen Dali Industry Co., Ltd. | 101043434 | https://www.walmart.com/reviews/seller/1 01043434 |
| 405 | Shanghai Leiyuan Energy Technology Co., Ltd. | 101043436 | https://www.walmart.com/reviews/seller/1 01043436 |
| 406 | MAVIS LAVEN Store | 101043442 | https://www.walmart.com/reviews/seller/1 01043442 |
| 407 | Shenzhen Linglangxi Network Technology Co., Ltd. | 101043449 | https://www.walmart.com/reviews/seller/1 01043449 |
| 408 | Gula E-Commerce | 101044667 | https://www.walmart.com/reviews/seller/1 01044667 |
| 409 | Store shopping | 101044677 | https://www.walmart.com/reviews/seller/1 01044677 |
| 410 | shenzhenshimeih uidawangluokejiy ouxiangongsi | 101044684 | https://www.walmart.com/reviews/seller/1 01044684 |
| 411 | Guangzhou Yimeihua Boutique Co., Ltd. | 101072331 | https://www.walmart.com/reviews/seller/1 01072331 |
| 412 | YOUTHINK STORE | 101078552 | https://www.walmart.com/reviews/seller/1 01078552 |
| 413 | RANIPOBO TECH | 101085502 | https://www.walmart.com/reviews/seller/1 01085502 |
| 414 | shenzhenshiyulan tiandianzikejiyou xiangongsi | 101087560 | https://www.walmart.com/reviews/seller/1 01087560 |

| | | | |
|---|---|---|---|
| 415 | guangzhoushijierongdianzishangwuyouxiangongsi | 101087594 | https://www.walmart.com/reviews/seller/101087594 |
| 416 | WuhanYirenyifangShangmaoYouxiangongsi | 101087595 | https://www.walmart.com/reviews/seller/101087595 |
| 417 | Shenzhenshixishenglunmaoyiyouxiangongsi | 101088657 | https://www.walmart.com/reviews/seller/101088657 |
| 418 | ShenzhenshiXiaodahuanMaoyiYouxiangongsi | 101088699 | https://www.walmart.com/reviews/seller/101088699 |
| 419 | Mgaxyff STORE | 101094654 | https://www.walmart.com/reviews/seller/101094654 |
| 420 | VA STRAR | 101100362 | https://www.walmart.com/reviews/seller/101100362 |
| 421 | Happy home | 101108525 | https://www.walmart.com/reviews/seller/101108525 |
| 422 | zhengzhouzienlvxingsheyouxiangongsi | 101115706 | https://www.walmart.com/reviews/seller/101115706 |
| 423 | ShenZhenShiJiRongBenKeJiYouXianGongSi | 101116115 | https://www.walmart.com/reviews/seller/101116115 |
| 424 | ShenZhenRuiTaiRuKeJiYouXianGongSi | 101116604 | https://www.walmart.com/reviews/seller/101116604 |
| 425 | DHQMY Store | 101118032 | https://www.walmart.com/reviews/seller/101118032 |
| 426 | justhard | 101122342 | https://www.walmart.com/reviews/seller/101122342 |
| 427 | ShenZhenShiChuangFengXianKeJiYouXianGongSi | 101123703 | https://www.walmart.com/reviews/seller/101123703 |
| 428 | shenzhenshizhiougudianzishangwuyouxiangongsi | 101126163 | https://www.walmart.com/reviews/seller/101126163 |
| 429 | AweSitey | 101126703 | https://www.walmart.com/reviews/seller/101126703 |
| 430 | shenzhenshishilongwangluokejiyouxiangongsi | 101130159 | https://www.walmart.com/reviews/seller/101130159 |

| | | | |
|---|---|---|---|
| 431 | jinhuashilibubudianzishangwuyouxiangongsi | 101137283 | https://www.walmart.com/reviews/seller/101137283 |
| 432 | yiwushixiaohuamingqishuomaoyiyouxiangongsi | 101138035 | https://www.walmart.com/reviews/seller/101138035 |
| 433 | huaxuan | 101139209 | https://www.walmart.com/reviews/seller/101139209 |
| 434 | Guangzhou Konglongyu Maoyi Youxian Gongsi | 101173149 | https://www.walmart.com/reviews/seller/101173149 |
| 435 | yiwushiwuliyouyuanmaoyiyouxiangongsi | 101173153 | https://www.walmart.com/reviews/seller/101173153 |
| 436 | Guangzhou Zhenglushi Dianzi Shangwu Youxian Gongsi | 101173285 | https://www.walmart.com/reviews/seller/101173285 |
| 437 | Perfect Office Products 2020 | 101173586 | https://www.walmart.com/reviews/seller/101173586 |
| 438 | Shenzhenshi Huishang Yongfeng maoyiyouxiangongsi | 101174226 | https://www.walmart.com/reviews/seller/101174226 |
| 439 | shenzhenshijinjiedefeimaoyiyouxiangongsi | 101174541 | https://www.walmart.com/reviews/seller/101174541 |
| 440 | Shenzhenshi Keruiheng MaoyiYouxiangongsi | 101174973 | https://www.walmart.com/reviews/seller/101174973 |
| 441 | huizhoushiyinyaoshumayouxiangongsi | 101175473 | https://www.walmart.com/reviews/seller/101175473 |
| 442 | shenzhenshihuihuangxingmaoyiyouxiangongsi | 101175682 | https://www.walmart.com/reviews/seller/101175682 |
| 443 | Wuhan Xinshidudianzishangwu Youxiangongsi | 101176954 | https://www.walmart.com/reviews/seller/101176954 |
| 444 | Wuhan Hengmomaoyi Youxiangongsi | 101178805 | https://www.walmart.com/reviews/seller/101178805 |

| | | | |
|---|---|---|---|
| 445 | shenzhenshizhongshenghuishangdianzishangwuyouxiangongsi | 101179653 | https://www.walmart.com/reviews/seller/101179653 |
| 446 | ShenzhenBaigeQianshunmaoyiyouxiangongsi | 101183287 | https://www.walmart.com/reviews/seller/101183287 |
| 447 | kaifengzhaoyishangmaoyouxiangongsi | 101183394 | https://www.walmart.com/reviews/seller/101183394 |
| 448 | Shenzhenshi feilidi Maoyi Youxiangongsi | 101189192 | https://www.walmart.com/reviews/seller/101189192 |
| 449 | Shenzhenshi Bosite Maoyiyouxiangongsi | 101190333 | https://www.walmart.com/reviews/seller/101190333 |
| 450 | the treasure of solomon | 5693a740ca158826be533f68 | https://www.wish.com/merchant/5693a740ca158826be533f68 |
| 451 | chenxuchenxu | 577cd50016b28974b5c46466 | https://www.wish.com/merchant/577cd50016b28974b5c46466 |
| 452 | fashionfaries | 58285a06b251d71b6a8836c3 | https://www.wish.com/merchant/58285a06b251d71b6a8836c3 |
| 453 | The real taste comes from ceramics | 584e43fa2f5e535ad39b57df | https://www.wish.com/merchant/584e43fa2f5e535ad39b57df |
| 454 | zhangyinchun | 584ec5001fd3b94c9549d0f1 | https://www.wish.com/merchant/584ec5001fd3b94c9549d0f1 |
| 455 | kangjia16 | 585b642feeca244caba6d822 | https://www.wish.com/merchant/585b642feeca244caba6d822 |
| 456 | Superior life | 58cbf810f24edf51108d6006 | https://www.wish.com/merchant/58cbf810f24edf51108d6006 |
| 457 | WSMD | 591d4cce71a2f27eac41cb45 | https://www.wish.com/merchant/591d4cce71a2f27eac41cb45 |
| 458 | tibaohh | 5963438c82a854499670fdc8 | https://www.wish.com/merchant/5963438c82a854499670fdc8 |
| 459 | baoyuanlin | 5a9bad154f6b49185d93ba09 | https://www.wish.com/merchant/5a9bad154f6b49185d93ba09 |
| 460 | zhaogyin | 5ad03c249c15ff691dfe0cf0 | https://www.wish.com/merchant/5ad03c249c15ff691dfe0cf0 |
| 461 | yqbuiizaipa | 5af258ce4972794e2526d5b6 | https://www.wish.com/merchant/5af258ce4972794e2526d5b6 |
| 462 | Han Shang denim monopoly | 5b72a309565b4816140e3607 | https://www.wish.com/merchant/5b72a309565b4816140e3607 |

| 463 | MENGSLFZC | 5b865f1ab5f3d93c6444ffd8 | https://www.wish.com/merchant/5b865f1ab5f3d93c6444ffd8 |
|---|---|---|---|
| 464 | luohuojun123456 | 5d4ed27a7ad2420764f72017 | https://www.wish.com/merchant/5d4ed27a7ad2420764f72017 |
| 465 | natie1 | 5dde2fb99ef078001c68c716 | https://www.wish.com/merchant/5dde2fb99ef078001c68c716 |
| 466 | DufenxiedengzSw | 5e7f04c693fb0045d3ca799d | https://www.wish.com/merchant/5e7f04c693fb0045d3ca799d |
| 467 | sothicoughslfjsjr | 5e908a4729e7860f523ad1cf | https://www.wish.com/merchant/5e908a4729e7860f523ad1cf |
| 468 | TodespoilmagnesiumxY | 5f5014d40808b2ae4f655db1 | https://www.wish.com/merchant/5f5014d40808b2ae4f655db1 |
| 469 | eewohG | 5f75ffc5a844ab7ebb0d9456 | https://www.wish.com/merchant/5f75ffc5a844ab7ebb0d9456 |
| 470 | uaghe7 | 5f7602812fe6b772dfab6c45 | https://www.wish.com/merchant/5f7602812fe6b772dfab6c45 |
| 471 | iv3za6 | 5f760eefa844ab95e00d93dd | https://www.wish.com/merchant/5f760eefa844ab95e00d93dd |
| 472 | unterdruecken | 5fd0bd03c23325c13747d19f | https://www.wish.com/merchant/5fd0bd03c23325c13747d19f |
| 473 | Rsexet | 60212edeb54280f78c33afd6 | https://www.wish.com/merchant/60212edeb54280f78c33afd6 |
| 474 | youngwild market | 608801c01277afa3bbd35d21 | https://www.wish.com/merchant/608801c01277afa3bbd35d21 |
| 475 | Systerd | 6158919fc0e82078fac3d180 | https://www.wish.com/merchant/6158919fc0e82078fac3d180 |
| 476 | Cokrip | 615c48703e1c43357a122f74 | https://www.wish.com/merchant/615c48703e1c43357a122f74 |
| 477 | Pisciten | 615c847a776b85a6091235d8 | https://www.wish.com/merchant/615c847a776b85a6091235d8 |
| 478 | Pybilltrelawnet | 615c928c776b85a609123e5b | https://www.wish.com/merchant/615c928c776b85a609123e5b |