# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

PC, LLC

                        Plaintiff,

v.

                        Case No.: 1:22−cv−05655

                        Honorable Mary M. Rowland

The Partnerships and Unincorporated Associations identified in Schedule A, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 28, 2022:

    MINUTE entry before the Honorable Mary M. Rowland: Plaintiff's motion to increase page limit of brief [16] is granted. Plaintiff is granted to file brief of up to 25 pages. Plaintiff's motion to amend schedule A [15] is granted. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.