# Schedule A

| Def # | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 1 | Ningbo General Union Co., Ltd | acolorfullife | https://acolorfullife.en.alibaba.com |
| 2 | Jilin Baiying Trade Co., Ltd. | baiyingtrade | https://baiyingtrade.en.alibaba.com |
| 6 | Yiwu Navi Bag Co., Ltd. | cn-navibag | https://cn-navibag.en.alibaba.com |
| 8 | Ningbo Crede Creative Gift Co., Ltd. | credegift | https://credegift.en.alibaba.com |
| 9 | Changzhou Flying Sports Co., Ltd. | czflying | https://czflying.en.alibaba.com |
| 10 | Dongguan Shang Zhen Art Gifts Co., Ltd. | dg-shangzhen | https://dg-shangzhen.en.alibaba.com |
| 12 | Yangzhou Dulala Crafts Ltd. | dulala | https://dulala.en.alibaba.com |
| 14 | Shenzhen Feideli Industrial Co., Ltd. | feidelisy | https://feidelisy.en.alibaba.com |
| 15 | Yiwu Piji Art & Craft Co., Ltd. | foreverpromotions | https://foreverpromotions.en.alibaba.com |
| 16 | Helloworld (Guangzhou) Import & Export Co., Ltd. | helloworld | https://helloworld.en.alibaba.com |
| 17 | Dongguan Jiuzhou Handbag Co., Ltd. | jiuzhoubag | https://jiuzhoubag.en.alibaba.com |
| 18 | Dongguan Chashan Jiye Toys & Gifts Factory | jiyetoys | https://jiyetoys.en.alibaba.com |
| 19 | Ningbo Macey Education Product Co., Ltd. | maceyluggage | https://maceyluggage.en.alibaba.com |
| 20 | Ningbo Wilson Industry And Trade Co., Ltd. | nbwilson | https://nbwilson.en.alibaba.com |
| 21 | Wuxi Ourbo Textile Co., Ltd. | ourbo | https://ourbo.en.alibaba.com |
| 23 | Dongguan Nandi Sports Goods Co., Ltd. | rpeteve | https://rpeteve.en.alibaba.com |
| 24 | Yiwu Jyh E-Commerce Co., Ltd. | smilingl | https://smilingl.en.alibaba.com |
| 25 | Xiamen Sofie Bag Industrial Co., Ltd. | sofiebag | https://sofiebag.en.alibaba.com |

| Def # | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 26 | Guangzhou Tianmei Tourism Products Co., Ltd. | tianmeitourism | https://tianmeitourism.en.alibaba.com |
| 27 | Dongguan Top Sports Goods Co., Ltd. | topsports | https://topsports.en.alibaba.com |
| 28 | Yiwu Union Deal Imp&Exp Co., Ltd. | uniondeal | https://uniondeal.en.alibaba.com |
| 29 | Quanzhou Xinfeng Bag Co., Ltd. | xinfengbag | https://xinfengbag.en.alibaba.com |
| 31 | Yiwu Yuyi Crafts Co., Ltd. | yuyicn | https://yuyicn.en.alibaba.com |
| 32 | AE Super Store | 1100385446 | https://www.aliexpress.com/store/1100385446 |
| 33 | phonefamily Store | 1100443533 | https://www.aliexpress.com/store/1100443533 |
| 34 | Elenxs store | 1100564103 | https://www.aliexpress.com/store/1100564103 |
| 35 | Ningbo hinta store | 1100922304 | https://www.aliexpress.com/store/1100922304 |
| 36 | Ali-Home Trading Store | 1101011639 | https://www.aliexpress.com/store/1101011639 |
| 37 | Shenzhen RDF Store | 1101065048 | https://www.aliexpress.com/store/1101065048 |
| 38 | Your Own Shopping Time | 1101137502 | https://www.aliexpress.com/store/1101137502 |
| 39 | Funny Gifts Store | 1101171674 | https://www.aliexpress.com/store/1101171674 |
| 40 | Home & Garden & you | 1101192473 | https://www.aliexpress.com/store/1101192473 |
| 41 | Dream world | 1101211360 | https://www.aliexpress.com/store/1101211360 |
| 42 | AIHOME Sweety Living Store | 1101217404 | https://www.aliexpress.com/store/1101217404 |
| 43 | ehome Store | 1101217984 | https://www.aliexpress.com/store/1101217984 |
| 44 | ALHOME$GLODCISTERN Store | 1101225650 | https://www.aliexpress.com/store/1101225650 |
| 45 | Ali-HomeMall Store | 1101228041 | https://www.aliexpress.com/store/1101228041 |
| 46 | Fashionable Healthy Life Store | 1101229738 | https://www.aliexpress.com/store/1101229738 |
| 47 | Shop2770015 Store | 1101234361 | https://www.aliexpress.com/store/1101234361 |
| 48 | Bigg Outdoor Store | 1101235830 | https://www.aliexpress.com/store/1101235830 |
| 49 | carmo Store | 1101238264 | https://www.aliexpress.com/store/1101238264 |
| 50 | Ali-HTI Store | 1101239987 | https://www.aliexpress.com/store/1101239987 |
| 51 | Homartisan Direct Store | 1101242605 | https://www.aliexpress.com/store/1101242605 |

| Def # | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 52 | SZ Daily Goods Store | 1101247912 | https://www.aliexpress.com/store/1101247912 |
| 53 | Tools Improving Store | 1101252900 | https://www.aliexpress.com/store/1101252900 |
| 54 | Szeretlek Store | 1101253121 | https://www.aliexpress.com/store/1101253121 |
| 55 | UniStyle Store | 1101254690 | https://www.aliexpress.com/store/1101254690 |
| 56 | LAIDEYI LedLights Store | 1101257399 | https://www.aliexpress.com/store/1101257399 |
| 57 | Ali Life Store | 1101260769 | https://www.aliexpress.com/store/1101260769 |
| 58 | for a beautifull life Store | 1101263650 | https://www.aliexpress.com/store/1101263650 |
| 59 | CHIM CHIM Store | 1101267874 | https://www.aliexpress.com/store/1101267874 |
| 60 | U&I&relax Store | 1101268671 | https://www.aliexpress.com/store/1101268671 |
| 61 | Fully Interesting Store | 1101281727 | https://www.aliexpress.com/store/1101281727 |
| 62 | livews house Store | 1101282268 | https://www.aliexpress.com/store/1101282268 |
| 63 | Homey Homie Store | 1101288098 | https://www.aliexpress.com/store/1101288098 |
| 64 | Enjoy Life House Store | 1101290293 | https://www.aliexpress.com/store/1101290293 |
| 65 | A to Z Life Store | 1101295397 | https://www.aliexpress.com/store/1101295397 |
| 66 | HG Warm Decor Store | 1101296016 | https://www.aliexpress.com/store/1101296016 |
| 67 | Golden Life Store Store | 1101297075 | https://www.aliexpress.com/store/1101297075 |
| 68 | Bearhug Store | 1101297212 | https://www.aliexpress.com/store/1101297212 |
| 69 | oDoS Outdoor Store | 1101297282 | https://www.aliexpress.com/store/1101297282 |
| 70 | EmptyHome Store | 1101297535 | https://www.aliexpress.com/store/1101297535 |
| 71 | ZQ-Outdoor Sporting Store | 1101298533 | https://www.aliexpress.com/store/1101298533 |
| 72 | LPJJ-WORLD Store | 1101298699 | https://www.aliexpress.com/store/1101298699 |
| 73 | Shop4460042 Store | 1101298983 | https://www.aliexpress.com/store/1101298983 |
| 74 | Golden Retriever Outdoor Store | 1101299146 | https://www.aliexpress.com/store/1101299146 |
| 75 | Singing With me Store | 1101299159 | https://www.aliexpress.com/store/1101299159 |
| 76 | Daily Grocery Store | 1101300439 | https://www.aliexpress.com/store/1101300439 |
| 77 | Keep Dynamic Store | 1101301058 | https://www.aliexpress.com/store/1101301058 |
| 78 | Life is future Store | 1101310536 | https://www.aliexpress.com/store/1101310536 |
| 79 | Join Your Life Store | 1101316878 | https://www.aliexpress.com/store/1101316878 |

| Def # | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 80 | pets groceries Store | 1101320852 | https://www.aliexpress.com/store/1101320852 |
| 82 | Rose madame Store | 1101323853 | https://www.aliexpress.com/store/1101323853 |
| 83 | hurricane elec-products Store | 1101323885 | https://www.aliexpress.com/store/1101323885 |
| 84 | CHONGWU Store | 1101326345 | https://www.aliexpress.com/store/1101326345 |
| 85 | AE86-lld Store | 1101326511 | https://www.aliexpress.com/store/1101326511 |
| 86 | May Store Store | 1101328825 | https://www.aliexpress.com/store/1101328825 |
| 87 | Flyy Away Store | 1101330988 | https://www.aliexpress.com/store/1101330988 |
| 88 | Xinl3 HG Store | 1101332847 | https://www.aliexpress.com/store/1101332847 |
| 89 | Shop5046159 Store | 1101333546 | https://www.aliexpress.com/store/1101333546 |
| 90 | ABLT Store | 1101333932 | https://www.aliexpress.com/store/1101333932 |
| 91 | Unique-WYQ Store | 1101335057 | https://www.aliexpress.com/store/1101335057 |
| 92 | Cheap price Drop shipping Store | 1101337453 | https://www.aliexpress.com/store/1101337453 |
| 93 | Car accessories Store | 1101339021 | https://www.aliexpress.com/store/1101339021 |
| 94 | Small House Here Store | 1101342105 | https://www.aliexpress.com/store/1101342105 |
| 95 | A Small Grocery Store | 1101342642 | https://www.aliexpress.com/store/1101342642 |
| 96 | flyoutdoor Store | 1101343964 | https://www.aliexpress.com/store/1101343964 |
| 97 | Mangman House Store | 1101347178 | https://www.aliexpress.com/store/1101347178 |
| 98 | Meow Elec Store | 1101347915 | https://www.aliexpress.com/store/1101347915 |
| 99 | PPPC Store | 1101348211 | https://www.aliexpress.com/store/1101348211 |
| 100 | Quinn Store | 1101348924 | https://www.aliexpress.com/store/1101348924 |
| 101 | Our Market Store | 1101349303 | https://www.aliexpress.com/store/1101349303 |
| 102 | Shop5250157 Store | 1101349426 | https://www.aliexpress.com/store/1101349426 |
| 103 | Welding&Machine Store | 1101350727 | https://www.aliexpress.com/store/1101350727 |
| 104 | Shop5482232 Store | 1101364271 | https://www.aliexpress.com/store/1101364271 |
| 105 | HoneyLife Store | 1101375408 | https://www.aliexpress.com/store/1101375408 |
| 106 | A-Hardware Store | 1101378017 | https://www.aliexpress.com/store/1101378017 |
| 107 | PersonCare Store | 1101378453 | https://www.aliexpress.com/store/1101378453 |
| 108 | to be or not to be Store | 1101378575 | https://www.aliexpress.com/store/1101378575 |

| Def # | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 109 | Wonder House (support bulk consignment) Store | 1101379935 | https://www.aliexpress.com/store/1101379935 |
| 110 | Noy Noy Store | 1101384793 | https://www.aliexpress.com/store/1101384793 |
| 111 | SSSPO Store | 1101389290 | https://www.aliexpress.com/store/1101389290 |
| 112 | Shop5797651 Store | 1101393853 | https://www.aliexpress.com/store/1101393853 |
| 113 | SEELEI Life Store | 1101415933 | https://www.aliexpress.com/store/1101415933 |
| 114 | Dazzling Stars Store | 1101459086 | https://www.aliexpress.com/store/1101459086 |
| 115 | YouTUHome Store | 1101494559 | https://www.aliexpress.com/store/1101494559 |
| 116 | AuMoto Store | 1101536583 | https://www.aliexpress.com/store/1101536583 |
| 117 | ILOVEIHOME Store | 1101538960 | https://www.aliexpress.com/store/1101538960 |
| 118 | Beautiful boutique life Store | 1101539918 | https://www.aliexpress.com/store/1101539918 |
| 119 | Mintiml Perfectionnisme Store | 1101547157 | https://www.aliexpress.com/store/1101547157 |
| 120 | Shop910976011 Store | 1101558680 | https://www.aliexpress.com/store/1101558680 |
| 121 | Commodity House Store | 1101563652 | https://www.aliexpress.com/store/1101563652 |
| 123 | GoJoy Store | 1101574694 | https://www.aliexpress.com/store/1101574694 |
| 124 | ome Store | 1101576407 | https://www.aliexpress.com/store/1101576407 |
| 125 | Life-M Store | 1101578375 | https://www.aliexpress.com/store/1101578375 |
| 126 | tiktok life Store | 1101584719 | https://www.aliexpress.com/store/1101584719 |
| 127 | Redcute Store | 1101588446 | https://www.aliexpress.com/store/1101588446 |
| 128 | New Life Supplies Store | 1101592978 | https://www.aliexpress.com/store/1101592978 |
| 129 | Nicemore Store | 1101613537 | https://www.aliexpress.com/store/1101613537 |
| 130 | Duns Store | 1101618930 | https://www.aliexpress.com/store/1101618930 |
| 131 | Walking Hut Store Store | 1101633192 | https://www.aliexpress.com/store/1101633192 |
| 132 | Little good life Store | 1101650738 | https://www.aliexpress.com/store/1101650738 |
| 133 | Shop911610306 Store | 1101654309 | https://www.aliexpress.com/store/1101654309 |
| 134 | Little Daily Life Store | 1101656050 | https://www.aliexpress.com/store/1101656050 |
| 135 | Daily Small Goods Store | 1101658621 | https://www.aliexpress.com/store/1101658621 |
| 136 | Martian-HA Store | 1101662764 | https://www.aliexpress.com/store/1101662764 |
| 137 | intensity Store | 1101671083 | https://www.aliexpress.com/store/1101671083 |

| Def # | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 138 | ADS&GDM Store | 1101679706 | https://www.aliexpress.com/store/1101679706 |
| 139 | Luck Everyday Store | 1101679950 | https://www.aliexpress.com/store/1101679950 |
| 140 | Dropshipping Decoration Life Store | 1101684130 | https://www.aliexpress.com/store/1101684130 |
| 141 | Entertainment Dropshipping Store | 1101691937 | https://www.aliexpress.com/store/1101691937 |
| 142 | Outdoor Fun Dropshipping Store | 1101701655 | https://www.aliexpress.com/store/1101701655 |
| 143 | Happiness&Entertainment Store | 1101702756 | https://www.aliexpress.com/store/1101702756 |
| 144 | MHSH Life Store | 1101703685 | https://www.aliexpress.com/store/1101703685 |
| 145 | ENJOY-OPEN-AIR Store | 1101726573 | https://www.aliexpress.com/store/1101726573 |
| 146 | Lavan Store | 1101731255 | https://www.aliexpress.com/store/1101731255 |
| 147 | Comfortable Life Everyday Store | 1101731983 | https://www.aliexpress.com/store/1101731983 |
| 148 | Life & Petie Center Store | 1101736917 | https://www.aliexpress.com/store/1101736917 |
| 149 | Iridescent Garden Store | 1101736949 | https://www.aliexpress.com/store/1101736949 |
| 150 | DAY House Dropshipping Store | 1101737922 | https://www.aliexpress.com/store/1101737922 |
| 151 | Funny Lives Store | 1101737965 | https://www.aliexpress.com/store/1101737965 |
| 152 | Ali-W712 Store | 1101738638 | https://www.aliexpress.com/store/1101738638 |
| 153 | Livable Life Store | 1101739875 | https://www.aliexpress.com/store/1101739875 |
| 154 | Lelush Store | 1101747095 | https://www.aliexpress.com/store/1101747095 |
| 155 | Minimalist Living Store | 1101748445 | https://www.aliexpress.com/store/1101748445 |
| 157 | Homie F-Favorite buyer Store | 1101757047 | https://www.aliexpress.com/store/1101757047 |
| 159 | Event Party Dropshipping Store | 1101760952 | https://www.aliexpress.com/store/1101760952 |
| 160 | Lohome Store | 1101761731 | https://www.aliexpress.com/store/1101761731 |
| 161 | Grocery Heaven Store Store | 1101764544 | https://www.aliexpress.com/store/1101764544 |
| 162 | gradiend Store | 1101767679 | https://www.aliexpress.com/store/1101767679 |
| 163 | AXCool Store | 1101774105 | https://www.aliexpress.com/store/1101774105 |

| Def # | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 164 | Outdoor Fitness Store Store | 1101774695 | https://www.aliexpress.com/store/1101774695 |
| 165 | Home-Life-House Store | 1101777680 | https://www.aliexpress.com/store/1101777680 |
| 166 | ymljiaju Store | 1101777994 | https://www.aliexpress.com/store/1101777994 |
| 167 | Your Homie Store | 1101779363 | https://www.aliexpress.com/store/1101779363 |
| 168 | YRCC Store | 1101784745 | https://www.aliexpress.com/store/1101784745 |
| 169 | MIIDII Store | 1101791092 | https://www.aliexpress.com/store/1101791092 |
| 170 | Cc Fun Idea Store | 1101798447 | https://www.aliexpress.com/store/1101798447 |
| 171 | Happic Store | 1101808619 | https://www.aliexpress.com/store/1101808619 |
| 172 | Day Up Up Up Store | 1101809245 | https://www.aliexpress.com/store/1101809245 |
| 173 | YuMey Store | 1101819766 | https://www.aliexpress.com/store/1101819766 |
| 174 | Keep healthy keep going Store | 1101831473 | https://www.aliexpress.com/store/1101831473 |
| 175 | Starriest Store | 1101840972 | https://www.aliexpress.com/store/1101840972 |
| 176 | OUR HOUSE CS Store | 1101843035 | https://www.aliexpress.com/store/1101843035 |
| 177 | Neetool Store | 1101850090 | https://www.aliexpress.com/store/1101850090 |
| 178 | AGTogetherForever Store | 1101850169 | https://www.aliexpress.com/store/1101850169 |
| 179 | Organize Your House Store | 1101851089 | https://www.aliexpress.com/store/1101851089 |
| 180 | WZX Life DropShipping Store | 1101877530 | https://www.aliexpress.com/store/1101877530 |
| 181 | Lifestyle S Store | 1101879450 | https://www.aliexpress.com/store/1101879450 |
| 182 | Good Life House-Supplies Store | 1101887640 | https://www.aliexpress.com/store/1101887640 |
| 183 | Home-Garden Use Store | 1101890034 | https://www.aliexpress.com/store/1101890034 |
| 184 | Xiaolu Life Store | 1101891971 | https://www.aliexpress.com/store/1101891971 |
| 185 | NABITION" COMMODITY STORE Store | 1101905538 | https://www.aliexpress.com/store/1101905538 |
| 186 | Craft-Holiday Decorate Store | 1101910729 | https://www.aliexpress.com/store/1101910729 |
| 187 | Kitchen1640 Store | 1101917667 | https://www.aliexpress.com/store/1101917667 |
| 188 | Life Mansion Store | 1101925966 | https://www.aliexpress.com/store/1101925966 |
| 189 | Urwellcome Store | 1101930100 | https://www.aliexpress.com/store/1101930100 |
| 190 | rhinfication Store | 1101931065 | https://www.aliexpress.com/store/1101931065 |

| Def # | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 191 | ForHome Drop shipping Store | 1101931802 | https://www.aliexpress.com/store/1101931802 |
| 192 | Bestu Store | 1101935513 | https://www.aliexpress.com/store/1101935513 |
| 193 | guanchi2 Store | 1101937789 | https://www.aliexpress.com/store/1101937789 |
| 194 | Abundant Store | 1101938206 | https://www.aliexpress.com/store/1101938206 |
| 195 | OH-Home Furnishing Store | 1101940034 | https://www.aliexpress.com/store/1101940034 |
| 196 | Shop912625607 Store | 1101941416 | https://www.aliexpress.com/store/1101941416 |
| 197 | Shop912626055 Store | 1101942884 | https://www.aliexpress.com/store/1101942884 |
| 198 | Newdays Store | 1101946922 | https://www.aliexpress.com/store/1101946922 |
| 199 | Thousand ideas Store | 1101948832 | https://www.aliexpress.com/store/1101948832 |
| 200 | Belongs to stranger Store | 1101949539 | https://www.aliexpress.com/store/1101949539 |
| 201 | WorldBooming Store | 1101950362 | https://www.aliexpress.com/store/1101950362 |
| 202 | LOOK AT ME Dropshipping Living Hall Store | 1101968301 | https://www.aliexpress.com/store/1101968301 |
| 203 | Shop1100023033 Store | 1101978372 | https://www.aliexpress.com/store/1101978372 |
| 204 | Simple Cloud Store | 1101988519 | https://www.aliexpress.com/store/1101988519 |
| 205 | ZHUOYI-01 Store | 1101989046 | https://www.aliexpress.com/store/1101989046 |
| 206 | Shop1100080232 Store | 1101989722 | https://www.aliexpress.com/store/1101989722 |
| 207 | HH-Home Furnishings Store | 1101997634 | https://www.aliexpress.com/store/1101997634 |
| 208 | Shop1100180482 Store | 1102004987 | https://www.aliexpress.com/store/1102004987 |
| 209 | Shop1100180383 Store | 1102005955 | https://www.aliexpress.com/store/1102005955 |
| 210 | Lucky Cat Store | 1102033512 | https://www.aliexpress.com/store/1102033512 |
| 211 | A80M Wholesalers Store Store | 1102034364 | https://www.aliexpress.com/store/1102034364 |
| 212 | UJULY Life Store | 1102038632 | https://www.aliexpress.com/store/1102038632 |
| 213 | Kitchen and Love Store | 1102039769 | https://www.aliexpress.com/store/1102039769 |
| 214 | KITCHENARTS Store | 1102047240 | https://www.aliexpress.com/store/1102047240 |
| 215 | Leek House Store | 1102090241 | https://www.aliexpress.com/store/1102090241 |
| 216 | Doraemons Official Store | 1102093266 | https://www.aliexpress.com/store/1102093266 |
| 217 | Shop1102109882 Store | 1102112805 | https://www.aliexpress.com/store/1102112805 |

8

| Def # | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 218 | LinSy Studio Store | 1102120540 | https://www.aliexpress.com/store/1102120540 |
| 219 | AE HoMe Store | 1102122047 | https://www.aliexpress.com/store/1102122047 |
| 220 | PURULEMCN | A10C4HPQ4BAH5E | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A10C4HPQ4BAH5E |
| 221 | dingshencom | A115R5AJKOOTJH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A115R5AJKOOTJH |
| 222 | gL125 | A12PYACIAAI9V7 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A12PYACIAAI9V7 |
| 223 | soarflight | A12XTCPGXNW7G4 | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A12XTCPGXNW7G4 |
| 224 | Coyan | A13QC69CXV99OW | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A13QC69CXV99OW |
| 227 | rafeat | A1729I95P502HM | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1729I95P502HM |
| 229 | ZZW0 | A1BIGA1SED9R3K | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1BIGA1SED9R3K |
| 230 | CargonTi | A1C18UFW4MXZJ | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A1C18UFW4MXZJ |
| 233 | kangls | A1DID73J2ET467 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1DID73J2ET467 |
| 235 | AVND | A1H1CQ6V4YCGSP | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A1H1CQ6V4YCGSP |
| 238 | calfstock | A1K9KSQ92WMZLU | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1K9KSQ92WMZLU, https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A1K9KSQ92WMZLU |

| Def # | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 239 | Tao-shop | A1KBORA7NLO9I | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1KBORA7NLO9I |
| 241 | waterfail | A1L49KF643H8C7 | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A1L49KF643H8C7 |
| 243 | liulinxianjiangpengwujindian | A1LZV21U1XASEI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1LZV21U1XASEI |
| 244 | Glum | A1ML858C8WDX64 | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A1ML858C8WDX64 |
| 245 | laiweiNA | A1P8ANMQB70Q6X | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1P8ANMQB70Q6X |
| 246 | amusingholiday | A1POFREXQUPXJI | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A1POFREXQUPXJI |
| 247 | Dancrt | A1QTBP8GSPY5FB | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1QTBP8GSPY5FB |
| 248 | Luckybabys | A1QUXST9I01QT9 | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A1QUXST9I01QT9 |
| 249 | SpacSene | A1QVO650I227EY | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A1QVO650I227EY |
| 250 | xunyangchengguanzhenmuyouweibaihuoduan | A1QYVN3FM1VK75 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1QYVN3FM1VK75 |
| 252 | crytalin | A1SDMBYV68K9A8 | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A1SDMBYV68K9A8 |
| 254 | fadeless | A1UBCI9QQ7506Q | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A1UBCI9QQ7506Q |
| 255 | Swalle | A1UGS5C3JO18BJ | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A1UGS5C3JO18BJ |

| Def # | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 259 | skyning | A1WOY12EYUFL8G | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A1WOY12EYUFL8G |
| 260 | nicything | A1YKIV2S1PHKJO | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A1YKIV2S1PHKJO |
| 262 | chen1230 | A212QSREE3HR85 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A212QSREE3HR85 |
| 264 | Changre | A22R1SGEB75LR1 | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A22R1SGEB75LR1 |
| 265 | WEKNOWU-US | A238U2XXEMEEAH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A238U2XXEMEEAH |
| 267 | graviter | A26Q0L5GTW6476 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A26Q0L5GTW6476 |
| 268 | xingxuanyuanbaihuo | A270POMUE7TG03 | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A270POMUE7TG03 |
| 269 | Uoonio | A27KBT5LQQNSUE | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A27KBT5LQQNSUE |
| 270 | southface | A2EMVCE9JZAT7S | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A2EMVCE9JZAT7S |
| 271 | Maxten | A2FOKFAD0IR5N4 | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A2FOKFAD0IR5N4 |
| 273 | Summeishop | A2H2DY1IZ6DXLK | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A2H2DY1IZ6DXLK |
| 275 | YKYD-4PARTYFUN | A2HC33G3UT2A3X | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2HC33G3UT2A3X |
| 276 | renxue | A2HDIDX3RDXK9K | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2HDIDX3RDXK9K |

| Def # | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 277 | Mingqinus | A2HGYU3E7U4XZS | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A2HGYU3E7U4XZS |
| 278 | shangcaixianbikashangmaoyouxiangongsi | A2HXG1USG86WG | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2HXG1USG86WG |
| 279 | changanjiuyu | A2I5P1TJNZYTND | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2I5P1TJNZYTND |
| 280 | Runningsnail | A2J78QA9ZRRGSB | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2J78QA9ZRRGSB |
| 281 | Functionaloc | A2JQ89A4FVT387 | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A2JQ89A4FVT387 |
| 283 | tathe64-US | A2K3ZBNQ0TCBST | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A2K3ZBNQ0TCBST |
| 284 | Rundaotong-US | A2L4RLXP2VMKWL | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A2L4RLXP2VMKWL |
| 286 | ZWXBH | A2NK1FRLL89SHF | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2NK1FRLL89SHF |
| 287 | Sharous | A2NVH35YA0IJSZ | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A2NVH35YA0IJSZ |
| 288 | spriabt | A2PD84E6Y3T959 | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A2PD84E6Y3T959 |
| 292 | Cedesa | A2SFZ0QS4C5P76 | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A2SFZ0QS4C5P76 |
| 293 | Faceen | A2SW1WDXI6S1VA | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A2SW1WDXI6S1VA |
| 295 | Shine Wind | A2VY24SGX0R4WJ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2VY24SGX0R4WJ |

| Def # | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 297 | freedomli | A32PK3ASVRLJLL | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A32PK3ASVRLJLL |
| 298 | ANKS8030-US | A32VXCF2N1LAXE | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A32VXCF2N1LAXE |
| 302 | SUNSIOM CLOTHING CO. | A35SZLRAZHHRJE | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A35SZLRAZHHRJE |
| 303 | juman1 | A364NAPNKREF01 | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A364NAPNKREF01 |
| 305 | lapinks-us | A38GVUFCIQ7H51 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A38GVUFCIQ7H51 |
| 307 | KUZANSHANGMAO | A3A5BWMHK6XLUZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3A5BWMHK6XLUZ |
| 308 | reakfaston | A3AJAADU60Q245 | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A3AJAADU60Q245 |
| 309 | sue shop¬Æ | A3AQ64Z18VBZ7H | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A3AQ64Z18VBZ7H |
| 312 | Macaronsparty | A3ESJ9JKO7A9MO | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A3ESJ9JKO7A9MO |
| 313 | LBBSHOP | A3FVDPA1XMXWV9 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3FVDPA1XMXWV9 |
| 315 | Pimea | A3H5QHTV7H21LJ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3H5QHTV7H21LJ |
| 316 | guangL14 | A3HA5B2CF7JPSA | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3HA5B2CF7JPSA |
| 317 | Zero grocery store | A3HF1GK136BNXU | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3HF1GK136BNXU |

| Def # | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 319 | oilmath | A3I9Y6FUWSUXON | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A3I9Y6FUWSUXON |
| 322 | tuituwor | A3OU8MZANLMBVP | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A3OU8MZANLMBVP |
| 323 | lacrityon | A3Q6T5DNWYG1QY | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A3Q6T5DNWYG1QY |
| 324 | Smartey | A3SCONXKUVKZA7 | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A3SCONXKUVKZA7 |
| 325 | YX-AMZ | A3SIGA4HFVTU57 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3SIGA4HFVTU57, https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A3SIGA4HFVTU57 |
| 326 | Warminge | A3UAQQPI8Z2UW4 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3UAQQPI8Z2UW4, https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A3UAQQPI8Z2UW4 |
| 329 | HNN00 | A3XQ2GTACKAOX | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3XQ2GTACKAOX |
| 333 | xczc19 | A8JM9DODQZD0U | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A8JM9DODQZD0U |
| 336 | Just do it | AC5R3P97AQU83 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AC5R3P97AQU83 |
| 337 | ZhaoZX^us | AC88HO2S1OR | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=AC88HO2S1OR |
| 338 | Bitcircuit Direct | ACB8JH877ASC0 | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=ACB8JH877ASC0 |

| Def # | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 339 | juanzidian | ACT8DF166L88D | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ACT8DF166L88D |
| 340 | Kathxyn | AF7O5LEXKK5RW | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=AF7O5LEXKK5RW |
| 341 | sugarain | AGQ7KCOFP56CE | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AGQ7KCOFP56CE |
| 342 | Clearful | AH4TS9OLG1IGE | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=AH4TS9OLG1IGE |
| 344 | Mcfote | AIMOQ97KT3UCV | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AIMOQ97KT3UCV |
| 345 | ZXLOG | AIV1BUCC1CPK0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AIV1BUCC1CPK0 |
| 348 | BAOQIHAO | ALEL7J4BBXEFZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ALEL7J4BBXEFZ |
| 350 | BEIJUANDEBMDIAN | AMSAV7DZQIXHO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AMSAV7DZQIXHO |
| 351 | SAPCX | ANZXP4BU1NZLH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ANZXP4BU1NZLH |
| 352 | zhaojunyi | APA5DCDCWRW5I | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=APA5DCDCWRW5I |
| 353 | RN group store | AQ2C2ASKDIDAY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AQ2C2ASKDIDAY |
| 354 | DeirCase. | AQLB3GHJ4GJX7 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AQLB3GHJ4GJX7 |
| 355 | Jocyshop | AQZ7BZ9ZVY9S6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AQZ7BZ9ZVY9S6, https://www.amazon.ca/sp?_encoding=UTF8 |

| Def # | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| | | | &marketplaceID=A2EUQ1WTGCTBG2&seller=AQZ7BZ9ZVY9S6 |
| 356 | GAROOA | ATEC2PH6LFA2F | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=ATEC2PH6LFA2F |
| 359 | DOFADO | AVAJZ54MRDAG0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AVAJZ54MRDAG0 |
| 360 | CBB-DML | AW0ZV32T1EJ2O | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AW0ZV32T1EJ2O |
| 361 | jialongcell | AXY3XNJWBZN3I | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AXY3XNJWBZN3I |
| 362 | ttguol | AYAJJRNNRLK1A | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AYAJJRNNRLK1A |
| 364 | Eronde | AYO9MP0KU6QSK | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=AYO9MP0KU6QSK |
| 365 | czsanjing | AYRIS1NTV32MI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AYRIS1NTV32MI |
| 366 | BerryChipsVeryCheap | AZ33W5K5DSVPP | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=AZ33W5K5DSVPP |
| 368 | Nicebetter | 20997333 | https://www.dhgate.com/store/20997333 |
| 369 | Doupocq | 21630974 | https://www.dhgate.com/store/21630974 |
| 370 | Mucho | 21635141 | https://www.dhgate.com/store/21635141 |
| 373 | anywaywo1 | anywaywo1 | https://www.ebay.ca/usr/anywaywo1 |
| 374 | autumnyee8 | autumnyee8 | https://www.ebay.ca/usr/autumnyee8 |
| 375 | balalall | balalall | https://www.ebay.nl/usr/balalall |
| 376 | birthdaywo2 | birthdaywo2 | https://www.ebay.ca/usr/birthdaywo2 |
| 377 | cantix | cantix | https://www.ebay.ch/usr/cantix |
| 378 | ceylon-maxmart | ceylon-maxmart | https://www.ebay.ca/usr/ceylon-maxmart |
| 380 | dampodik0 | dampodik0 | https://www.ebay.ca/usr/dampodik0 |

| Def # | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 383 | happyapriloh4 | happyapriloh4 | https://www.ebay.ch/usr/happyapriloh4 |
| 384 | hemanthaexport | hemanthaexport | https://www.ebay.ie/usr/hemanthaexport |
| 386 | jk.wonderful | jk.wonderful | https://www.ebay.com/usr/jk.wonderful |
| 387 | luxy_boutique | luxy_boutique | https://www.ebay.com/usr/luxy_boutique |
| 388 | mallikakanpiyuma_0 | mallikakanpiyuma_0 | https://www.ebay.ca/usr/mallikakanpiyuma_0 |
| 389 | pavtharu-0 | pavtharu-0 | https://www.ebay.com/usr/pavtharu-0 |
| 390 | reachery1 | reachery1 | https://www.ebay.ca/usr/reachery1 |
| 393 | sorfhard | sorfhard | https://www.ebay.com/usr/sorfhard |
| 397 | yepst-1 | yepst-1 | https://www.ebay.ca/usr/yepst-1 |
| 398 | yuxi522 | yuxi522 | https://www.ebay.ca/usr/yuxi522 |
| 403 | Qingtian Yingying Electronic Commerce Co., Ltd. | 101043394 | https://www.walmart.com/reviews/seller/101043394 |
| 404 | Shenzhen Dali Industry Co., Ltd. | 101043434 | https://www.walmart.com/reviews/seller/101043434 |
| 405 | Shanghai Leiyuan Energy Technology Co., Ltd. | 101043436 | https://www.walmart.com/reviews/seller/101043436 |
| 407 | Shenzhen Linglangxi Network Technology Co., Ltd. | 101043449 | https://www.walmart.com/reviews/seller/101043449 |
| 408 | Gula E-Commerce | 101044667 | https://www.walmart.com/reviews/seller/101044667 |
| 409 | Store shopping | 101044677 | https://www.walmart.com/reviews/seller/101044677 |
| 410 | shenzhenshimeihuidawangluokejiyouxiangongsi | 101044684 | https://www.walmart.com/reviews/seller/101044684 |
| 411 | Guangzhou Yimeihua Boutique Co., Ltd. | 101072331 | https://www.walmart.com/reviews/seller/101072331 |
| 412 | YOUTHINK STORE | 101078552 | https://www.walmart.com/reviews/seller/101078552 |
| 413 | RANIPOBO TECH | 101085502 | https://www.walmart.com/reviews/seller/101085502 |
| 414 | shenzhenshiyulantiandianzikejiyouxiangongsi | 101087560 | https://www.walmart.com/reviews/seller/101087560 |

| Def # | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 415 | guangzhoushi jierongdianzi shangwuyouxiangongsi | 101087594 | https://www.walmart.com/reviews/seller/101087594 |
| 416 | WuhanYirenyifangShangmao Youxiangongsi | 101087595 | https://www.walmart.com/reviews/seller/101087595 |
| 417 | Shenzhenshixishenglunmaoyi youxiangongsi | 101088657 | https://www.walmart.com/reviews/seller/101088657 |
| 418 | ShenzhenshiXiaodahuanMao yiYouxiangongsi | 101088699 | https://www.walmart.com/reviews/seller/101088699 |
| 420 | VA STRAR | 101100362 | https://www.walmart.com/reviews/seller/101100362 |
| 421 | Happy home | 101108525 | https://www.walmart.com/reviews/seller/101108525 |
| 422 | zhengzhouzienlvxingsheyouxiangongsi | 101115706 | https://www.walmart.com/reviews/seller/101115706 |
| 425 | DHQMY Store | 101118032 | https://www.walmart.com/reviews/seller/101118032 |
| 426 | justhard | 101122342 | https://www.walmart.com/reviews/seller/101122342 |
| 428 | shenzhenshizhiougudianzishangwuyouxiangongsi | 101126163 | https://www.walmart.com/reviews/seller/101126163 |
| 429 | AweSitey | 101126703 | https://www.walmart.com/reviews/seller/101126703 |
| 430 | shenzhenshishilongwangluokejiyouxiangongsi | 101130159 | https://www.walmart.com/reviews/seller/101130159 |
| 431 | jinhuashilibubudianzishangwuyouxiangongsi | 101137283 | https://www.walmart.com/reviews/seller/101137283 |
| 432 | yiwushixiaohuamingqishuomaoyiyouxiangongsi | 101138035 | https://www.walmart.com/reviews/seller/101138035 |
| 433 | huaxuan | 101139209 | https://www.walmart.com/reviews/seller/101139209 |
| 434 | Guangzhou Konglongyu Maoyi Youxian Gongsi | 101173149 | https://www.walmart.com/reviews/seller/101173149 |
| 435 | yiwushiwuliyouyuanmaoyiyouxiangongsi | 101173153 | https://www.walmart.com/reviews/seller/101173153 |
| 436 | Guangzhou Zhenglushi Dianzi Shangwu Youxian Gongsi | 101173285 | https://www.walmart.com/reviews/seller/101173285 |

| Def # | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 437 | Perfect Office Products 2020 | 101173586 | https://www.walmart.com/reviews/seller/101173586 |
| 438 | Shenzhenshi Huishang Yongfeng maoyiyouxiangongsi | 101174226 | https://www.walmart.com/reviews/seller/101174226 |
| 439 | shenzhenshijinjiedefeimaoyiyouxiangongsi | 101174541 | https://www.walmart.com/reviews/seller/101174541 |
| 440 | Shenzhenshi Keruiheng MaoyiYouxiangongsi | 101174973 | https://www.walmart.com/reviews/seller/101174973 |
| 442 | shenzhenshihuihuangxingmaoyiyouxiangongsi | 101175682 | https://www.walmart.com/reviews/seller/101175682 |
| 443 | Wuhan Xinshidudianzishangwu Youxiangongsi | 101176954 | https://www.walmart.com/reviews/seller/101176954 |
| 444 | Wuhan Hengmomaoyi Youxiangongsi | 101178805 | https://www.walmart.com/reviews/seller/101178805 |
| 445 | shenzhenshizhongshenghuishangdianzishangwuyouxiangongsi | 101179653 | https://www.walmart.com/reviews/seller/101179653 |
| 446 | ShenzhenBaigeQianshunmaoyiyouxiangongsi | 101183287 | https://www.walmart.com/reviews/seller/101183287 |
| 447 | kaifengzhaoyishangmaoyouxiangongsi | 101183394 | https://www.walmart.com/reviews/seller/101183394 |
| 448 | Shenzhenshi feilidi Maoyi Youxiangongsi | 101189192 | https://www.walmart.com/reviews/seller/101189192 |
| 449 | Shenzhenshi Bosite Maoyiyouxiangongsi | 101190333 | https://www.walmart.com/reviews/seller/101190333 |
| 450 | the treasure of solomon | 5693a740ca158826be533f68 | https://www.wish.com/merchant/5693a740ca158826be533f68 |
| 453 | The real taste comes from ceramics | 584e43fa2f5e535ad39b57df | https://www.wish.com/merchant/584e43fa2f5e535ad39b57df |
| 467 | sothicoughslfjsjr | 5e908a4729e7860f523ad1cf | https://www.wish.com/merchant/5e908a4729e7860f523ad1cf |
| 468 | TodespoilmagnesiumxY | 5f5014d40808b2ae4f655db1 | https://www.wish.com/merchant/5f5014d40808b2ae4f655db1 |
| 469 | eewohG | 5f75ffc5a844ab7ebb0d9456 | https://www.wish.com/merchant/5f75ffc5a844ab7ebb0d9456 |

19

| Def # | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 470 | uaghe7 | 5f7602812fe6b772dfab6c45 | https://www.wish.com/merchant/5f7602812fe6b772dfab6c45 |
| 471 | iv3za6 | 5f760eefa844ab95e00d93dd | https://www.wish.com/merchant/5f760eefa844ab95e00d93dd |
| 473 | Rsexet | 60212edeb54280f78c33afd6 | https://www.wish.com/merchant/60212edeb54280f78c33afd6 |
| 474 | youngwild market | 608801c01277afa3bbd35d21 | https://www.wish.com/merchant/608801c01277afa3bbd35d21 |
| 475 | Systerd | 6158919fc0e82078fac3d180 | https://www.wish.com/merchant/6158919fc0e82078fac3d180 |
| 476 | Cokrip | 615c48703e1c43357a122f74 | https://www.wish.com/merchant/615c48703e1c43357a122f74 |
| 477 | Pisciten | 615c847a776b85a6091235d8 | https://www.wish.com/merchant/615c847a776b85a6091235d8 |
| 478 | Pybilltrelawnet | 615c928c776b85a609123e5b | https://www.wish.com/merchant/615c928c776b85a609123e5b |