# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Puffin Coolers, LLC

                                                                                      Plaintiff,

v.                                                                                                         Case No.: 1:22−cv−05655

                                                                                                         Honorable Mary M. Rowland

The Partnerships and Unincorporated Associations identified in Schedule A, et al.

                                                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 24, 2023:

      MINUTE entry before the Honorable Mary M. Rowland: Plaintiff's agreed motion for entry of consent final judgment and permanent injunction as to Defendant numbered 407 [74] is granted. Enter Order. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.